**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lee Ward, ) | Case No. 3:10-cv-08066-FJM |
| ) | |
| Plaintiff, ) | **STIPULATION TO DISMISS** |
| ) | **WITHOUT PREJUDICE** |
| vs. ) | |
| ) | |
| Focus Receivables Management, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without prejudice, each side to bear its own fees and costs.

Dated this 16th day of July, 2010.

For Plaintiff, Lee Ward
  s/Marshall Meyers
Marshall Meyers
Weisberg & Meyers, LLC

For Defendant, Focus Receivables Management
  s/ Randy L. Kingery
Randy L. Kingery
Renaud Cook Drury Mesaros, PA

Stipulation to Dismiss without Prejudice - 1

Filed electronically on this 16th day of July, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 16th day of July, 2010.to:

Mr. Randy L. Kingery, Esq.
Renaud Cook Drury Mesaros, PA
One North Central, Suite 900
Phoenix AZ 85004-4417


By: s/Kimberly Larson
Kimberly Larson