UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lee Ward, | ) Case No. 3:10-cv-08066-FJM |
| | ) |
| Plaintiff, | ) **ORDER ON PARTIES STIPULATION** |
| | ) **TO DISMISS WITHOUT PREJUDICE** |
| vs. | ) |
| | ) |
| Focus Receivables Management, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed without prejudice.

SO ORDERED.

Dated this 19th day of July, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge